# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, | : | No. 5 WAP 2025 |
| | : | |
| | : | Appeal from the Order of the |
| | : | Commonwealth Court dated January |
| Appellees | : | 2, 2025, at No. 126 MD 2017 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| GRANT TOWNSHIP OF INDIANA COUNTY AND THE GRANT TOWNSHIP BOARD OF SUPERVISORS, | : | |
| | : | |
| | : | |
| Appellants | : | |

## ORDER

**PER CURIAM**                                        **DECIDED:  FEBRUARY 18, 2026**

      **AND NOW,** this 18th day of February, 2026, the order of the Commonwealth Court is **AFFIRMED**.